**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Alexandra Rose Soika

4393 Pilot Knob Rd
Eagan, MN 55122−1847

Case No: 24−32043 − WJF

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−4026

Debtor(s)

Chapter 7 Case

## DISCHARGE OF CHAPTER 13 DEBTOR(S)

It appears that Alexandra Rose Soika duly filed a petition commencing this case under Title 11 of the United States Code on 8/7/24, that an order for relief was entered under Chapter 13, that a plan was filed by the debtor(s) and confirmed by the court, that the trustee has reported or the court has determined that the debtor(s) has completed all payments under the plan.

**IT IS ORDERED:**

1. **Discharge:** Alexandra Rose Soika is discharged from all debts dischargeable under 11 U.S.C. § 1328(a).
2. **Judgments:** Any judgment heretofore or hereafter obtained in any court other than this court is void under 11 U.S.C. § 524(a)(1) to the extent that such judgment is a determination of the personal liability of the debtor(s) with respect to any debt discharged or any debt determined by this court to be discharged by this order.
3. **Injunction:** All creditors are enjoined under 11 U.S.C. § 524(a)(2) from the commencement or continuation of an action, the employment of process, or any act to collect, recover or offset any such debt discharged or judgment voided as a personal liability of the debtor(s).
4. **Notice:** Discharge Hearing The clerk shall provide notice of this order as notice thereof to all creditors and other parties in interest. A hearing for the debtor(s) under 11 U.S.C. § 524(d) regarding the discharge and postpetition agreements will be held on motion of the debtor(s) or other party in interest.
5. **Property:** All property of the estate(s) is vested in the debtor(s) under applicable rules and 11 U.S.C. § 1327(b).

Dated: 11/26/24

William J Fisher
United States Bankruptcy Judge

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the persons named as the debtors after the debtors have completed all payments under the chapter 13 plan. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Minnesota

In re: Case No. 24-32043-WJF

Alexandra Rose Soika Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3 User: admin Page 1 of 2

Date Rcvd: Nov 26, 2024 Form ID: 13dsc Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Alexandra Rose Soika, 4393 Pilot Knob Rd, Eagan, MN 55122-1847 |
| 63216886 | + | Home Choice, 915-45th Avenue NE, Columbia Heights, MN 55421-2306 |
| 63216891 | | The Woods of Burnsville Apartments, 14701 Portland Ave, Burnsville, MN 55306-6454 |
| 63216892 | | Tiarah Ann Phillips, 5833 73rd Ave N, Brooklyn Park, MN 55429-1171 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63222377 | ^ | MEBN | Nov 26 2024 21:17:48 | American Family Insurance, 6000 American Pkwy, Madison, WI 53783-0002 |
| 63216881 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 26 2024 21:22:00 | Credit Acceptance, 25505 W 12 Mile Rd, Southfield, MI 48034-1846 |
| 63216882 | + | EDI: CCS.COM | Nov 27 2024 02:26:00 | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 63216883 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 26 2024 21:22:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82561, Lincoln, NE 68501-2561 |
| 63216884 | | EDI: AMINFOFP.COM | Nov 27 2024 02:25:00 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 63216885 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 26 2024 21:22:00 | GS bank, Lockbox 6112 P.o. Box 7247, Philadelphia, PA 19170-0001 |
| 63216887 | ^ | MEBN | Nov 26 2024 21:17:30 | Impact Receivables Management, 11104 W Airport Blvd Ste 199, Stafford, TX 77477-3072 |
| 63216888 | | EDI: JEFFERSONCAP.COM | Nov 27 2024 02:26:00 | Jefferson Capital Systems, 200 14th Ave E, Sartell, MN 56377-4500 |
| 63216889 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2024 21:31:20 | LVNV Funding, c/o Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 63216890 | | Email/Text: clientservices@sourcerm.com | Nov 26 2024 21:22:00 | Source Receivables Management, 4615 Dundas Dr Ste 102, Greensboro, NC 27407-1761 |
| 63216893 | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Nov 26 2024 21:22:00 | United States Trustee, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| 63216894 | | Email/Text: curtwalkerbky@gmail.com | Nov 26 2024 21:22:00 | Walker and Walker Law Offices, 4356 Nicollet Ave, Minneapolis, MN 55409-2033 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew C. Walker | on behalf of Debtor 1 Alexandra Rose Soika curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Nauni Jo Manty | ecf@mantylaw.com mn12@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3